**STATE v. HURST**

[366 N.C. 119 (2012)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Bumcombe County |
| | ) | |
| LATARA DESHEA HURST | ) | |

No. 430P11

## ORDER

The defendant's petition for writ of certiorari in this matter is allowed for the limited purpose of remanding to the Court of Appeals for consideration of the merits of defendant's appeal. The petition for discretionary review filed by the defendant is dismissed as moot.

By Order of this Court in Conference, this 5th day of October, 2012.

s/Hudson, J.
For the Court